UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

FLOYD COLVIN, JR., ET AL.                    CIVIL ACTION

v.                                           NO. 11-2222

DEPUY ORTHAPAEDICS, INC., ET AL.             SECTION "F"

ORDER

    Before the Court is the plaintiffs' request for oral argument on their motion to remand.  The request is DENIED for the following reasons.  It is the Court's policy to grant oral argument on motions if one of the following factors is present:

1. There is a need for an evidentiary hearing.
2. The motion or opposition papers involve a novel or complex issue of law that is unsettled.
3. The motion or opposition papers argue for a change in existing law.
4. The motion or opposition papers implicate a constitutional issue.
5. The case itself is of widespread community interest.

Because the motion does not involve any of the above factors, IT IS ORDERED:  that the request for oral argument on the

1

plaintiffs' motion to remand is DENIED.

New Orleans, Louisiana, October 12, 2011

_____
MARTIN L. C. FELDMAN
UNITED STATES DISTRICT JUDGE